PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 13, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

v.

Wilmer HARDEN, Maurice BRYANT, Tyrone ANDERSON, Charles CARTER, Bobby CONNER, Jerome ADAMS, Dwight HANEY, Arlington CAINE, and Mark MARTIN

CASE NO. 2:21-mj-0076 DB

SEALING ORDER

**UNDER SEAL**

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: May 13, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE