PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 2:21-MJ-0077 DB |
|---|---|
| v. | [PROPOSED] ORDER TO UNSEAL AND FILE REDACTED AFFIDAVIT AND COMPLAINT |
| Tyrone ANDERSON, and Yovanny ONTIVEROS | |

The government's motion to unseal the above-referenced case, keep the affidavit sealed, and file a redacted copy of the sealed affidavit is GRANTED.

Dated: May 20, 2021

HON. CAROLYN K. DELANEY
United States Magistrate Judge

Motion to Unseal and To File Redacted Copy of Complaint and Affidavit