John Manning
California State Bar No. 220874
Law Office of John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916)444-3994
Fax: (916)447-0931
Email: jmanninglaw@yahoo.com

United States District Court

For the Eastern District of California

| | |
|---|---|
| United States of America, | CASE NO.:   2:21-cr-00104-TLN |
| Plaintiff, | Hon. Troy L. Nunley |
| v. | |
| Maurice Bryant et al., | **ORDER TO UNSEAL AND DOCKET ORDER APPOINTING COORDINATING DISCOVERY ATTORNEY JOHN C. ELLIS, JR** |
| Defendants. | |

The defense's motion to unseal the order appointing John C. Ellis as Coordinating Discovery Attorney in this matter and file said order on the docket is GRANTED.

Dated: August 4, 2021

_____
Troy L. Nunley
United States District Judge

1