JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MARK M. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRYANT, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:21-CR-00104-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 9, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

　　　　The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Maurice Bryant, Philip Cozens, Esq., counsel for defendant Wilmer Harden, David D. Fischer, Esq., counsel for defendant Tyrone Anderson, Dina L. Santos, Esq., counsel for defendant Yovanny Ontiveros, Michael E. Hansen, Esq., counsel for defendant Bobby Conner, Timothy E. Warriner, Esq., counsel for defendant Jerome Adams, Shari G. Rusk, Esq., counsel for defendant Dwight Haney, Toni L. White, Esq., counsel for defendant Arlington Caine, Clemente M. Jimenez, Esq., counsel for defendant Mark Martin, John R. Manning, Esq., counsel for defendant Alex White, Tamara L. Soloman, Esq., counsel for defendant Steven Hampton, Michael J. Favero, Esq., counsel for defendant Andre Hellams, Christopher R. Cosca, Esq., counsel for defendant Jason Tolbert, Tasha P. Chalfant, Esq.,  and, counsel for defendant Michael Hampton, Peter Kmeto, Esq., hereby stipulate the following:

　　　1.　By previous order, this matter was set for status conference on September 9, 2021.

　　　**2.**　By this stipulation, the defendants now move to continue the matter until **December 16,**

**2021, at 9:30 a.m.,** and to exclude time between September 9, 2021, and December 16, 2021, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case).  Time was previously excluded under both (T-2 and T-4) Local Codes.

3. The parties agree and stipulate, and request the Court find the following:
   a. The United States initially provided 128 GB of discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense.  Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis.  The court signed the order appointing the CDA and Mr. Ellis is in the process of providing undersigned defense counsel with the discovery.  The government has indicated additional discovery is imminently forthcoming (but has not yet been provided by the government to the CDA).
   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.
   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   d. The government does not object to the continuance.
   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   f. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of September 9, 2021, to December 16, 2021, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by

taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 3, 2021          /S/ Phillip Cozens
                                   PHILIP COZENS
                                   Attorney for Defendant
                                   Maurice Bryant

Dated:  September 3, 2021          /S/ David D. Fischer
                                   DAVID D. FISCHER
                                   Attorney for Defendant
                                   Wilmer Harden

Dated:  September 3, 2021          /S/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   Tyrone Anderson

Dated:   September 3, 2021         /S/ Michael E. Hansen
                                   MICHAEL E. HANSEN
                                   Attorney for Defendant
                                   Yovanny Ontiveros

Dated:   September 3, 2021         /S/ Timothy E. Warriner
                                   TIMOTHY E. WARRINER
                                   Attorney for Defendant
                                   Bobby Conner

Dated:  September 3, 2021          /S/ Shari G. Rusk
                                   SHARI G. RUSK
                                   Attorney for Defendant
                                   Jerome Adams

Dated:  September 3, 2021          /S/ Toni L. White
                                   TONI L. WHITE
                                   Attorney for Defendant
                                   Dwight Haney

| | |
|---|---|
| Dated: September 3, 2021 | /S/ Clemente M. Jimenez<br>CLEMENTE M. JIMENEZ<br>Attorney for Defendant<br>Arlington Caine |
| Dated: September 3, 2021 | /S/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Mark Martin |
| Dated: September 3, 2021 | /S/ Tamara L. Soloman<br>TAMARA L. SOLOMAN<br>Attorney for Defendant<br>Alex White |
| Dated: September 3, 2021 | /S/ Michael J. Favero<br>MICHAEL J. FAVERO<br>Attorney for Defendant<br>Steven Hampton |
| Dated: September 3, 2021 | /S/ Christopher R. Cosca<br>CHRISTOPHER R. COSCA<br>Attorney for Defendant<br>Andre Hellams |
| Dated: September 3, 2021 | /S/ Tasha P. Chalfant<br>TASHA P. CHALFANT<br>Attorney for Defendant<br>Jason Tolbert |
| Dated: September 3, 2021 | /S/ Peter Kmeto<br>PETER KMETO<br>Attorney for Defendant<br>Michael Hampton |
| Dated: September 3, 2021 | Phillip A. Talbert<br>Acting United States Attorney<br><br>/S/ Cameron Desmond<br>CAMERON DESMOND<br>Assistant United States Attorney |

///

///

**FINDINGS AND ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 3rd day of September, 2021.

_____
Troy L. Nunley
United States District Judge