JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MARK M. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRYANT, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:21-CR-00104<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 24, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

　　　　The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Maurice Bryant, Philip Cozens, Esq., counsel for defendant Wilmer Harden, David D. Fischer, Esq., counsel for defendant Tyrone Anderson, Colin L. Cooper, Esq., counsel for defendant Yovanny Ontiveros, Michael E. Hansen, Esq., counsel for defendant Bobby Conner, Timothy E. Warriner, Esq., counsel for defendant Jerome Adams, Shari G. Rusk, Esq., counsel for defendant Dwight Haney, Toni L. White, Esq., counsel for defendant Arlington Caine, Clemente M. Jimenez, Esq., counsel for defendant Mark Martin, John R. Manning, Esq., counsel for defendant Alex White, Tamara L. Soloman, Esq., counsel for defendant Steven Hampton, Michael J. Favero, Esq., counsel for defendant Andre Hellams, Christopher R. Cosca, Esq., counsel for defendant Jason Tolbert, Tasha P. Chalfant, Esq., and, counsel for defendant Michael Hampton, Peter Kmeto, Esq., hereby stipulate the following:

　　　　1.　By previous order, this matter was set for status conference on December 16, 2021.

　　　　2.　By this stipulation, the defendants now move to continue the matter until February 24,

2022 and to exclude time between December 16, 2021, and February 24, 2022, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case). Time was previously excluded under both (T-2 and T-4) Local Codes.

3. The parties agree and stipulate, and request the Court find the following:

   a. The United States initially provided discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense. Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis. The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets. This discovery was provided to defense counsel on, or about, November 1, 2021.

   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of December 16, 2021, to February 24, 2022, inclusive, is deemed excludable pursuant to 18 United

States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 10, 2021            /S/ Phillip Cozens
                                     PHILIP COZENS
                                     Attorney for Defendant
                                     Maurice Bryant

Dated:  December 10, 2022            /S/ David D. Fischer
                                     DAVID D. FISCHER
                                     Attorney for Defendant
                                     Wilmer Harden

Dated:  December 10, 2022            /S/ Colin L. Cooper
                                     COLIN L. COOPER
                                     Attorney for Defendant
                                     Tyrone Anderson

Dated:   December 10, 2022           /S/ Michael E. Hansen
                                     MICHAEL E. HANSEN
                                     Attorney for Defendant
                                     Yovanny Ontiveros

Dated:   December 10, 2022           /S/ Timothy E. Warriner
                                     TIMOTHY E. WARRINER
                                     Attorney for Defendant
                                     Bobby Conner

Dated:  December 10, 2022            /S/ Shari G. Rusk
                                     SHARI G. RUSK
                                     Attorney for Defendant
                                     Jerome Adams

Dated:  December 10, 2021  /S/ Toni L. White
TONI L. WHITE
Attorney for Defendant
Dwight Haney

Dated:  December 10, 2021  /S/ Clemente M. Jimenez
CLEMENTE M. JIMENEZ
Attorney for Defendant
Arlington Caine

Dated:  December 10, 2021  /S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Mark Martin

Dated:  December 10, 2021  /S/ Tamara L. Soloman
TAMARA L. SOLOMAN
Attorney for Defendant
Alex White

Dated:  December 10, 2021  /S/ Michael J. Favero
MICHAEL J. FAVERO
Attorney for Defendant
Steven Hampton

Dated:  December 10, 2021  /S/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
Andre Hellams

Dated:  December 10, 2021  /S/ Tasha P. Chalfant
TASHA P. CHALFANT
Attorney for Defendant
Jason Tolbert

Dated:  December 10, 2021  /S/ Peter Kmeto
PETER KMETO
Attorney for Defendant
Michael Hampton

Dated:  December 10, 2021  Phillip A. Talbert
Acting United States Attorney

/S/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

**FINDINGS AND ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 13th day of December, 2021.

_____
Troy L. Nunley
United States District Judge