JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MARK M. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MAURICE BRYANT, et al.,<br><br>　　　　　　Defendants. | CASE NO.  2:21-CR-00104-TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: April 28, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

　　　　The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Maurice Bryant, Philip Cozens, Esq., counsel for defendant Wilmer Harden, David D. Fischer, Esq., counsel for defendant Tyrone Anderson, Colin L. Cooper, Esq., counsel for defendant Yovanny Ontiveros, Michael E. Hansen, Esq., counsel for defendant Bobby Conner, Timothy E. Warriner, Esq., counsel for defendant Jerome Adams, Shari G. Rusk, Esq., counsel for defendant Dwight Haney, Toni L. White, Esq., counsel for defendant Arlington Caine, Clemente M. Jimenez, Esq., counsel for defendant Mark Martin, John R. Manning, Esq., counsel for defendant Alex White, Tamara L. Soloman, Esq., counsel for defendant Steven Hampton, Michael J. Favero, Esq., counsel for defendant Andre Hellams, Christopher R. Cosca, Esq., counsel for defendant Jason Tolbert, Tasha P. Chalfant, Esq.,  and, counsel for defendant Michael Hampton, Peter Kmeto, Esq., hereby stipulate the following:

　　　　1.　By previous order, this matter was set for status conference on February 24, 2022.

2. By this stipulation, the defendants now move to continue the matter until **April 28, 2022, at 9:30 a.m.**, and to exclude time between February 24, 2022, and April 28, 2022, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case).  Time was previously excluded under both (T-2 and T-4) Local Codes.  The parties agree and stipulate, and request the Court find the following:

    a. The United States initially provided discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense.  Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis.  The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets.  This discovery was provided to most defense counsel on, or about, November 1, 2021.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of February

24, 2022, to April 28, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 22, 2022              /S/ Phillip Cozens
                                       PHILIP COZENS
                                       Attorney for Defendant
                                       Maurice Bryant

Dated:  February 22, 2022              /S/ David D. Fischer
                                       DAVID D. FISCHER
                                       Attorney for Defendant
                                       Wilmer Harden

Dated:  February 22, 2022              /S/ Colin L. Cooper
                                       COLIN L. COOPER
                                       Attorney for Defendant
                                       Tyrone Anderson

Dated:  February 22, 2022              /S/ Michael E. Hansen
                                       MICHAEL E. HANSEN
                                       Attorney for Defendant
                                       Yovanny Ontiveros

Dated:  February 22, 2022              /S/ Timothy E. Warriner
                                       TIMOTHY E. WARRINER
                                       Attorney for Defendant
                                       Bobby Conner

Dated:  February 22, 2022              /S/ Shari G. Rusk
                                       SHARI G. RUSK
                                       Attorney for Defendant
                                       Jerome Adams

| | |
|---|---|
| Dated: February 22, 2022 | /S/ Toni L. White<br>TONI L. WHITE<br>Attorney for Defendant<br>Dwight Haney |
| Dated: February 22, 2022 | /S/ Clemente M. Jimenez<br>CLEMENTE M. JIMENEZ<br>Attorney for Defendant<br>Arlington Caine |
| Dated: February 22, 2022 | /S/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Mark Martin |
| Dated: February 22, 2022 | /S/ Tamara L. Soloman<br>TAMARA L. SOLOMAN<br>Attorney for Defendant<br>Alex White |
| Dated: February 22, 2022 | /S/ Michael J. Favero<br>MICHAEL J. FAVERO<br>Attorney for Defendant<br>Steven Hampton |
| Dated: February 22, 2022 | /S/ Christopher R. Cosca<br>CHRISTOPHER R. COSCA<br>Attorney for Defendant<br>Andre Hellams |
| Dated: February 22, 2022 | /S/ Tasha P. Chalfant<br>TASHA P. CHALFANT<br>Attorney for Defendant<br>Jason Tolbert |
| Dated: February 22, 2022 | /S/ Peter Kmeto<br>PETER KMETO<br>Attorney for Defendant<br>Michael Hampton |
| Dated: February 22, 2022 | Phillip A. Talbert<br>United States Attorney<br><br>/S/ Cameron Desmond<br>CAMERON DESMOND<br>Assistant United States Attorney |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

# FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED.

Dated: February 22, 2022

Troy L. Nunley
United States District Judge