JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MARK M. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURICE BRYANT, et al.,

Defendants.

CASE NO. 2:21-CR-00104-TLN

**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**

DATE: August 18, 2022
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Maurice Bryant, Philip Cozens, Esq., counsel for defendant Wilmer Harden, David D. Fischer, Esq., counsel for defendant Tyrone Anderson, Colin L. Cooper, Esq., counsel for defendant Yovanny Ontiveros, Michael E. Hansen, Esq., counsel for Charles Carter, Michael D. Long, Esq., counsel for defendant Bobby Conner, Timothy E. Warriner, Esq., counsel for defendant Jerome Adams, Shari G. Rusk, Esq., counsel for defendant Dwight Haney, Toni L. White, Esq., counsel for defendant Arlington Caine, Clemente M. Jimenez, Esq., counsel for defendant Mark Martin, John R. Manning, Esq., counsel for defendant Alex White, Tamara L. Soloman, Esq., counsel for defendant Andre Hellams, Christopher R. Cosca, Esq., counsel for defendant Jason Tolbert, Tasha P. Chalfant, Esq., and, counsel for defendant Michael Hampton, Peter Kmeto, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on April 28, 2022.

2. Defendant Steven Hampton and his counsel, Michael J. Favero, Esq., wish to remain on the calendar for the previously set status of counsel hearing on April 28, 2022.

3. By this stipulation, the defendants now move to continue the matter until **August 18, 2022, at 9:30 a.m.**, and to exclude time between April 28, 2022, and August 18, 2022, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case). Time was previously excluded under both (T-2 and T-4) Local Codes. The parties agree and stipulate, and request the Court find the following:

a. The United States initially provided discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense. Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis. The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets. This discovery was provided to most defense counsel on, or about, November 1, 2021. (However, defendant Charles Carter was arraigned on February 23, 2022 and discovery was provided to his counsel shortly thereafter.)

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested

continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of April 28, 2022, to April 28, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 14, 2022

/S/ Phillip Cozens
PHILIP COZENS
Attorney for Defendant
Maurice Bryant

Dated: April 14, 2022

/S/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
Wilmer Harden

Dated: April 14, 2022

/S/ Colin L. Cooper
COLIN L. COOPER
Attorney for Defendant
Tyrone Anderson

Dated: April 14, 2022

/S/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
Yovanny Ontiveros

Dated: April 14, 2022

/S/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
Charles Carter

Dated: April 14, 2022

/S/ Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Defendant
Bobby Conner

Dated: April 14, 2022

/S/ Shari G. Rusk
SHARI G. RUSK
Attorney for Defendant
Jerome Adams

Dated: April 14, 2022

/S/ Toni L. White
TONI L. WHITE
Attorney for Defendant
Dwight Haney

Dated: April 14, 2022

/S/ Clemente M. Jimenez
CLEMENTE M. JIMENEZ
Attorney for Defendant
Arlington Caine

Dated: April 14, 2022

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Mark Martin

Dated: April 14, 2022

/S/ Tamara L. Soloman
TAMARA L. SOLOMAN
Attorney for Defendant
Alex White

Dated: April 14, 2022

/S/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
Andre Hellams

Dated: April 14, 2022

/S/ Tasha P. Chalfant
TASHA P. CHALFANT
Attorney for Defendant
Jason Tolbert

Dated: April 14, 2022

/S/ Peter Kmeto
PETER KMETO
Attorney for Defendant
Michael Hampton

Dated: April 14, 2022

Phillip A. Talbert
United States Attorney

/S/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

**FINDINGS AND ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED.

Dated: 4/15/2022

Troy L. Nunley
United States District Judge