COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
TYRONE ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00104-TLN-3 |
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S APPEARANCE; ORDER |
| TYRONE ANDERSON, | |
| Defendant. | |

    Defendant TYRONE ANDERSON hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered.

    Defendant TYRONE ANDERSON hereby requests that this court proceed in his absence. Defendant agrees that his interests will be deemed represented at all time by the presence of his undersigned attorney, the same as if he were personally present. Defendant TYRONE ANDERSON further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant TYRONE ANDERSON further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. Sections 3161-3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without him being personally present.

        Respectfully submitted,

        COOPER LAW OFFICE

Dated: June 17, 2022          _/s/_
        COLIN COOPER
        Attorney for Defendant
        TYRONE ANDERSON

COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
TYRONE ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00104-TLN-3 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| TYRONE ANDERSON, | ) | |
| Defendant. | ) | |

Defendant TYRONE ANDERSON's request to waive his right to be personally present in open court for any status conference, motion or other proceeding in this case is hereby GRANTED.

IT IS SO ORDERED.

DATED: June 21, 2022

_____
Troy L. Nunley
United States District Judge

1