JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MARK A. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>MAURICE BRYANT, et al.,<br><br>               Defendants. | CASE NO. 2:21-CR-00104-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 17, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

      The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Maurice Bryant, Philip Cozens, Esq., counsel for defendant Wilmer Harden, David D. Fischer, Esq., counsel for defendant Tyrone Anderson, Colin L. Cooper, Esq., counsel for defendant Yovanny Ontiveros, Michael E. Hansen, Esq., counsel for defendant Bobby Conner, Timothy E. Warriner, Esq., counsel for defendant Jerome Adams, Shari G. Rusk, Esq., counsel for defendant Dwight Haney, Toni L. White, Esq., counsel for defendant Arlington Caine, Clemente M. Jimenez, Esq., counsel for defendant Mark Martin, John R. Manning, Esq., counsel for defendant Alex White, Tamara L. Soloman, Esq., and, counsel for defendant Andre Hellams, Christopher R. Cosca, Esq., hereby stipulate the following:

      1. By previous order, this matter was set for status conference on August 18, 2022.

      2. Defendant Charles Carter and his counsel of record, Michael D. Long, Esq., wish to remain on the calendar for August 18, 2022, in anticipation of a change of plea hearing on that date and time.

Defendant Steve Hampton and his counsel of record, Kelly Babineau, Esq., also wish to remain on the court's August 18. 2022 calendar as well.

3. By this stipulation, the defendants now move to continue the matter until November 17, 2022 at 09:30 A.M. and to exclude time between August 18, 2022, and November 17, 2022, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case). Time was previously excluded under both (T-2 and T-4) Local Codes. The parties agree and stipulate, and request the Court find the following:

   a. The United States initially provided discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense. Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis. The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets. This discovery was provided to most defense counsel on, or about, November 1, 2021. On, or about, July 26, 2022, due to inadvertently released materials within the previous discovery productions, the government, through CDA Ellis, reproduced the discovery. Defense counsel appreciate the need for the re-publication of the discovery. The reproduced production required the CDA's staff to create new indexes and search tools.
   b. As such, Counsel for the defendants need additional time to review, analyze, conduct investigation, and interview potential witnesses related to the discovery production(s).
   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.  The government does not object to the continuance.

    e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f.  For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of August 18, 2022, to November 17, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 12, 2022    /S/ Phillip Cozens
                          PHILIP COZENS
                          Attorney for Defendant
                          Maurice Bryant

Dated:  August 12, 2022    /S/ David D. Fischer
                          DAVID D. FISCHER
                          Attorney for Defendant
                          Wilmer Harden

Dated:  August 12, 2022    /S/ Colin L. Cooper
                          COLIN L. COOPER
                          Attorney for Defendant
                          Tyrone Anderson

Dated:  August 12, 2022    /S/ Michael E. Hansen
                          MICHAEL E. HANSEN
                          Attorney for Defendant
                          Yovanny Ontiveros

| | | |
|---|---|---|
| 1 | Dated:  August 12, 2022 | /S/ Timothy E. Warriner |
| 2 | | TIMOTHY E. WARRINER |
| | | Attorney for Defendant |
| 3 | | Bobby Conner |
| 4 | Dated:  August 12, 2022 | /S/ Shari G. Rusk |
| | | SHARI G. RUSK |
| 5 | | Attorney for Defendant |
| 6 | | Jerome Adams |
| 7 | Dated:  August 12, 2022 | /S/ Toni L. White |
| | | TONI L. WHITE |
| 8 | | Attorney for Defendant |
| 9 | | Dwight Haney |
| 10 | Dated:  August 12, 2022 | /S/ Clemente M. Jimenez |
| | | CLEMENTE M. JIMENEZ |
| 11 | | Attorney for Defendant |
| 12 | | Arlington Caine |
| 13 | Dated:  August 12, 2022 | /S/ John R. Manning |
| | | JOHN R. MANNING |
| 14 | | Attorney for Defendant |
| 15 | | Mark Martin |
| 16 | Dated:  August 12, 2022 | /S/ Tamara L. Soloman |
| | | TAMARA L. SOLOMAN |
| 17 | | Attorney for Defendant |
| 18 | | Alex White |
| 19 | Dated:  August 12, 2022 | /S/ Christopher R. Cosca |
| | | CHRISTOPHER R. COSCA |
| 20 | | Attorney for Defendant |
| | | Andre Hellams |
| 21 | Dated:  August 12, 2022 | Phillip A. Talbert |
| 22 | | United States Attorney |
| 23 | | /S/ Cameron Desmond |
| 24 | | CAMERON DESMOND |
| | | Assistant United States Attorney |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

**FINDINGS AND ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

Dated: August 15, 2022

_____
Troy L. Nunley
United States District Judge