PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                v.<br><br>TYRONE ANDERSON,<br><br>                      Defendant. | CASE NO. 2:21-CR-00104-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 23, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on March 23, 2023.

2.      By this stipulation, defendant now moves to continue the status conference to March 30, 2023, at 9:30 a.m., for a potential Change of Plea, and to exclude time between March 23, 2023, and March 30, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case is voluminous. It includes 60 days of wiretap intercepts and numerous reports and photographs. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defense counsel needs the additional time to review the evidence, research resolution, trial, and sentencing issues, discuss the evidence, resolution strategy, and trial strategy with his client, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2023 to March 30, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 15, 2023                           PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ CAMERON L. DESMOND
                                                 CAMERON L. DESMOND
                                                 Assistant United States Attorney


Dated:  March 15, 2023                           /s/ Colin Cooper
                                                 Colin Cooper
                                                 Counsel for Defendant
                                                 TYRONE ANDERSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of March, 2023.

Troy L. Nunley
United States District Judge