```
COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
TYRONE ANDERSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TYRONE ANDERSON,<br><br>　　　　Defendant. | Case No. 2:21-CR-00104-TLN-3<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

　　　　Defendant TYRONE ANDERSON, by and through his attorney of record, Colin Cooper, together with Assistant United States Attorneys Cameron Desmond and Aaron Pennekamp, hereby stipulate the following:

　　　　1.　　By previous order, this matter was set for status conference on March 30, 2023.

　　　　2.　　By this stipulation, Mr. ANDERSON now moves to continue the matter until **May 18, 2023, at 9:30 a.m.,** and to exclude time between March 23, 2023, and May 18, 2023, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case). Time was previously excluded under both (T-2

and T-4) Local Codes. The parties agree and stipulate, and request the Court find the following:

a. The United States initially prepared discovery, including: PDF reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense. Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis. The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets. This discovery was provided to most defense counsel on, or about, November 1, 2021. On, or about July 26, 2022, due to inadvertently released materials within the previous discovery productions, the government, through CDA Ellis, reproduced the discovery. Defense counsel appreciates the need for the re-publication of the discovery. The reproduced production required the CDA's staff to create new indexes and search tools.

b. As such, Counsel for the defendants need additional time to review and analyze the discovery, conduct investigation, and interview potential witnesses related to the discovery production(s).

c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h)(7)(A) within which trial must commence, the time period of March 30, 2023, to May 18, 2023, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 24, 2023                             /s/
                                        COLIN COOPER
                                        Attorney for Defendant TYRONE ANDERSON


Dated: March 24, 2023                   Phillip A. Talbert, United States Attorney

                                                 /s/
                                        AARON PENNEKAMP
                                        Assistant United States Attorney


## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 24th day of March, 2023.

                                        _____
                                        Troy L. Nunley
                                        United States District Judge