JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MARK A. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MAURICE BRYANT, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:21-CR-00104-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 14, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Maurice Bryant, Philip Cozens, Esq., counsel for defendant Wilmer Harden, David D. Fischer, Esq., counsel for defendant Tyrone Anderson, Colin L. Cooper, Esq., counsel for defendant Mark Martin, John R. Manning, Esq., and counsel for defendant Alex White, Tamara L. Soloman, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on November 30, 2023.

2. William F. Portanova, Esq., who was appointed to this matter on, or about, January 26, 2023, and his client, defendant Steven Hampton, wish to remain on the November 30, 2023 calendar. Michael E. Hansen, Esq., and his client, defendant Yovanny Ontiveros, wish to remain on the November 30, 2023, calendar for a change of plea.

3. By this stipulation, the remaining defendants now move to continue the matter until December 14, 2023, at 9:30 a.m., and to exclude time between November 30, 2023, and

December 14, 2023, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case).  Time was previously excluded under both (T-2 and T-4) Local Codes.  The parties agree and stipulate, and request the Court find the following:

   a. The United States initially provided discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos ect, ect, to the defense.  Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis.  The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets.  This discovery was provided to most defense counsel on, or about, November 1, 2021.  On, or about, July 26, 2022, due to inadvertently released materials within the previous discovery productions, the government, through CDA Ellis, reproduced the discovery.  Defense counsel appreciate the need for the re-publication of the discovery.  The reproduced production required the CDA's staff to create new indexes and search tools.  As such, Counsel for the defendants need additional time to review and analyze the discovery, conduct investigation, and interview potential witnesses related to the discovery production(s).
   b. Additionally, many of the remaining defendants are presently involved in plea negotiations with the government.  Defense counsel need additional time to review the draft plea agreements (and/or tentative plea agreement outlines) in terms of potential guideline, statutory and/or sentencing related issues.
   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of November 30, 2023, to December 14, 2023, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 28, 2023      /S/ Phillip Cozens
    PHILIP COZENS
    Attorney for Defendant
    Maurice Bryant

Dated: November 28, 2023      /S/ David D. Fischer
    DAVID D. FISCHER
    Attorney for Defendant
    Wilmer Harden

Dated: November 28, 2023      /S/ Colin L. Cooper
    COLIN L. COOPER
    Attorney for Defendant
    Tyrone Anderson

Dated: November 28, 2023      /S/ John R. Manning
    JOHN R. MANNING
    Attorney for Defendant
    Mark Martin

Dated:  November 28, 2023      /S/ Tamara L. Soloman
                                                  TAMARA L. SOLOMAN
                                                  Attorney for Defendant
                                                  Alex White

Dated:  November 28, 2023      Phillip A. Talbert
                                                  United States Attorney

                                                  /S/ Cameron Desmond
                                                  CAMERON DESMOND
                                                  Assistant United States Attorney

**FINDINGS AND ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 28th day of November, 2023.

_____
Troy L. Nunley
United States District Judge

4