PHILLIP A. TALBERT
United States Attorney
CAMERON DESMOND
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>TYRONE ANDERSON,<br><br>            Defendant. | 2:21-CR-00104-TLN<br><br>FINAL ORDER OF FORFEITURE |

On or about January 29, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Tyrone Anderson forfeiting to the United States the following property:

      a.    Smith and Wesson, .38 Caliber Revolver, Serial Number: DDV6981, and
      b.    88 Rounds of assorted brands of ammunition.

Beginning on January 30, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

     a.    Bobbie Wallace:  A notice letter was sent via certified mail to Bobbie Wallace at 7308 Hamerbee Ct., Sacramento, CA 95842 on January 30, 2024.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Bobbie Wallace on February 1, 2024.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Tyrone Anderson and Bobbie Wallace.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 18th day of November, 2024.

_____
Troy L. Nunley
Chief United States District Judge